## Chronister *v.* York Railways Company, Appellant.

*Appeals—Supreme and Superior Courts—Separate appeals.*

Where, in an accident case, a verdict and judgment is rendered in favor of an infant plaintiff in an amount over $1,500, and in favor of the infant's parents in an amount less than $1,500, and the defendant takes an appeal from the first judgment to the Supreme Court, and from the second judgment to the Superior Court, and the Supreme Court affirms the first judgment the Superior Court will as a matter of course affirm the second judgment, if it appears that the two appeals turn on the same questions.

Submitted March 12, 1912. Appeal, No. 10, March Term, 1912, by defendant, from judgment of C. P. York Co., Jan T., 1909, No. 42, on verdict for plaintiff in case of John E. Chronister and Myrtle L. Chronister, parents of John Elden Chronister, a minor, now deceased, v. York Railways Company. Before Rice, P. J., Henderson, Morrison, Orlady and Head, JJ. Affirmed.

Trespass to recover damages for personal injuries.

*John A. Hoober, George S. Schmidt, Richard E. Cochran* and *Smyser Williams*, for appellant.

*J. St. Clair McCall* and *Joseph R. Strawbridge*, for appellee.

Per Curiam, July 18, 1912:

It appears by the record that this case was tried with the case of John E. Chronister against the same defendant, and that the trial resulted in verdicts in favor of the plaintiffs in both actions, in the present case for $1,000, and in the other case for $2,475.20. From the judgments on these verdicts the defendant took separate appeals, in the present case to this court, and in the other case to the Supreme Court. The two appeals turned on the same questions, and, as the judgment in the case appealed to the Supreme Court was affirmed on July 2 last, the same disposition is made of this appeal.

The judgment is affirmed.